Moscease Gordon III
(407)-860-5161
Gordon3122@hotmail.com

DeviantArt.com

Hey all you true believers!

Years ago, the mighty Odin and Heimdall were fighting many battles to keep the Asgardians safe from the forces of evil. Heimdalls wife, Amora, was fed up with the wars, battles, and trauma of it all. So Heimdall went to the mighty Odin to ask if he could place her in a place where she can live a peaceful life. The great Odin striped Amora's powers and memory of her beloved husband, Heimdall. Oden casted Amora to a planet called Earth and she lived in a beautiful city called Orlando Florida. Heimdall was feeling bad and ever day he would long for her. Oden saw this and he striped Heimdall's memory of Amora. Little did they know that Amora was pregnant with Heimdall's son who will later become the mighty Mar, one of the most powerful beings in the universe under the teachings of Thor and Beta Ray Bill.

Hey all you true believers! This is how Mar gets his powers.

Years later, deep beyond the sector of Asgard, the Shangalians were at war against an evil race called the Mordoxs. A brilliant scientist and explorer named Mozeek built a special spaceship that was able to travel light speed through space. Mozeek was trying to find a forbidden planet called Makoolu that contains a special plant. Mozeek had studied this plant for years and knows if he gets it, he would be able to inject the plant serum in his people's strongest warriors and they will have powers one couldn't imagine. The warriors could defeat the mordox within seconds. The Shangalians wouldn't have to depend on Thor to save them all the time. Mozeek took some of the strongest warriors on his ship to go on the journey to find the forbidden planet. During the journey, Mozeek noticed that the planet was within the Mordoxian sector. Mozeek thought quickly to cloak the ship so that they wouldn't be detected by the Mordoxs. When they landed on planet Makoolu, Mozeek used his power scanner to track down the Makoolu plant. Mozeek found the growing plant, cut it from its roots and put it in his specimen jar. The moment the plant was moved, the planet started to tremble and crumble. Mozeek and the warriors rushed on the ship and escaped the destruction of the Makoolu planet. During the flight, Mozeek drained the plant serum out of the plant and injected the serum in some of the warriors. Mozeek and the rest of the warriors were devastated when they saw the some of the warriors disintegrate. Mozeek then knew that the plant was plant was too powerful for the warriors to withstand. Right that second, the Mordoxs discovered Mozeek's ship and started shooting at them! Mozeek then had to go off coarse and go light speed to evade them. Mozeek's ship scanner detected an Asgardian on planet Earth and decided to go look for the Asgardian which was thought to be the mighty Thor. Mozeek's ship finds the Asgardian but it isn't Thor, it is the son of Heimdall. The Mordoxs found Mozeek's ship, shot at them and missed, but hit Heimdall's son, Joseph. Joseph was knocked out instantly and Mozeek scooped him up using the ship's beam and flew away out maneuvering the mordoxs with another light speed boost that the Mordoxs didn't have. Going back towards the shangalian world, Mozeek noticed that Joseph's life was running out. Mozeek did everything he could but nothing worked. Mozeek then thought of the plant serum that he injected in his warriors. He thought to himself IF I COULD GIVE THE LAST OF THIS SERUM TO HIM, MAYBE … JUST MAYBE I CAN SAVE HIM. I HAVE NOTHING TO LOSE....    Mozeek injects the serum into Joseph. Deep inside Joseph's mind the Makoolu plant talks to him and tells him that he will leave Joseph with his powers and his years have passed and will finally get to his people. MY NAME IS MAR . MOZEEK TRIED TO GIVE MY POWER TO HIS WARRIORS BUT MY POWER WAS TOO STRONG FOR THEM. BY HIM INJECTING YOU, YOU WERE ABLE TO TAKE MY POWER. YOU AND I WILL BE LINKED FROM TIME INDENFINITE. WHEN EVER YOU NEED ME, I AM IN YOUR MIND. PROMISE ME THAT YOU CAN PROTECT THE SHANGALIANS

(1-of-3)

BECAUSE THEY NEEDED MY POWER TO SAVE THEM. THEY RISKED THIER LIVES TO GET MY POWER TO SET ME FREE. TAKE MY NAME AND HELP OTHERS. THANKYOU ASGARDIAN. NOW WAKE UP.

Joseph wakes up and sees mozeek and the warriors. Joseph thinks that he was dreaming, but Mozeek tells him that he wasn't. Joseph freaks out and Mozeek tells him what happened. Joseph also tells Mozeek about the Makoolu plant speaking to him in his mind and the very second he mentions his name, MAR, an M forms on his chest and starts to glow. When they arrive on shangalia, they notice that shangalia was saved by Thor. Joseph without hesitation, ran towards Thor and . . .

To Stan Lee my hero

This is a brief summary of my wonderful character

The mighty Mar

MH

3/23/14

*[Notary seal: REBECCA S. WEDDINGTON, NOTARY PUBLIC, STATE OF FLORIDA, Comm# EE834559, Expires 9/12/2016]*



Marr vs Star Lord
1. The aliens came to earth looking for an asgardian.

1. The aliens came to earth looking for A terrain.

2. The aliens abducted Young Joseph (soon to be Marr) by beaming him up using the ships energy beam and flew off to space.

2. The Aliens abducted Young Peter Quill (soon to be star lord) by beaming him up using the ships energy beam and flew off to space.

3. Mozeek, one of the aliens, landed on this mysterious dark planet to obtain a great power source. Mozeek used his power scanner to track down the power source.

3. Star lord landed on this mysterious dark planet to obtain a great power source. Star lord use his power scanner to track down the power source.

4. After Mozeek retrieves Marr's powerful blue plant, he is suddenly attacked by other aliens who want that power.

4. After Star Lord retrieves the powerful infinity stone, he is suddenly attacked by other aliens who want that power.

5. Many aliens try to take or share this great power from Marr, but they disintegrated. One has to be a powerful being to withstand that power.

5. Many aliens try to take or share the great infinity stone's power, but they disintegrated one has to be a powerful being to withstand that power.

6. Joseph is now Marr; He was able to take the great power because he is the son of Heimdall, the gatekeeper of Asgard.

6. Peter Quill is now Star Lord. He was able to take the great power because he is the son of Ego, the living planet.


Second movie
1. The Watcher Marr was accused by the other watchers of interfering with other life affairs. He was imprisoned into a forbidden planet. Marr is basically the planet himself. The only way he could be released back into the universe if a being with a powerful body structure or gene could come to his planet and agree to take his great watcher power. The watcher Marr can use his substance to display plant like growth. Unfortunately, for centuries, there was no one who carried the gene or body structure to withstand his Watcher power. Mozeek grabs the plant and suddenly, a giant humanoid figure burst out of the plant. He reduplicated himself into a form of a plant. (the plant was an extension of himself) While he was in the planet talking to Mozeek, Watcher Marr was also in space with James and Joseph standing tall and guiding them to his planet.

1. Ego is a planet. A planet cannot come to another planet. So, he reduplicated himself in a form of a plant. (the plant was an extension of himself) He can use his substance to display plant like growth. Just like the Watcher Marr, Ego was also alone for centuries and also needed someone who had a powerful body structure or gene in order to withstand his power. Ego could not release himself back into the universe because he could not find a being who possessed such a gene or body structure.

2. Joseph and his friend, James were on a jet in space and running out of air. suddenly Joseph passes out with the watcher speaking to him in his mind. Suddenly and a blue haze surrounds the Jet and a portal opens. Joseph wakes up after speaking with Watcher Marr. They then see Watcher Marr, standing tall and then Watcher Marr takes them to his planet.

2. Star lord and his crew were about to die as well from the Ayesha and her army of ships shooting at them. Suddenly, the ships were all destroyed by Ego. A portal suddenly opens and then they see Ego, who was also in space, standing tall and Ego comes and takes them to his planet.

3. When they land on the Watcher Marr's planet, The watcher Marr touches Joseph on the forehead. As he receives the power, his eyes eventually start to glow. Because Joseph was able to receive the power, Watcher Marr could now be released back into the universe.

3. When they land on Ego's planet, Ego touches Star Lord on the forehead. As he receives the power, his eyes eventually start to glow. Because Star Lord was able to receive the power, Ego could now be released back into the universe.

5. Both the watcher Marr and Ego's plant like substances is blue.

6. Marvel had the Watchers and Stan Lee, my hero, sitting on a planet in the movie.

7. Out of all the Marvel characters, Marvel decides to have Star Lord linked with Thor

8. Beta Ray Bill was shown at the end of the movie. Thor and Beta Ray Bill are key characters in our story.

1. Right that second, the Mordoxs discovered Mozeek's ship and started shooting at them! Mozeek then had to go off course and go light speed to evade them. Mozeek's ship scanner detected an Asgardian on planet Earth and decided to go look for the Asgardian which was thought to be the mighty Thor. Mozeek's ship finds the Asgardian, but it isn't Thor, it is the son of Heimdall (Joseph). The Mordoxs found Mozeek's ship, shot at them and missed, but hit Heimdall's son, Joseph. Joseph was knocked out instantly and Mozeek scooped him up using the ship's beam (abducted young Joseph) and flew away out maneuvering the mordoxs with another light speed boost that the Mordoxs didn't have.

Star Lord's story is the same because the aliens were looking for a terrain on earth and this led to them coming down to earth in their spaceship scooping Starlord up by using their ship's beam up and flying away.

2. Dr. Mozeek was desperate for power in order to gain an advantage over the enemies who were at war with them at the time. Dr. Mozeek had heard of this great power that was located on a mysterious planet, so he went on a mission to retrieve the power. During the journey, Mozeek noticed that the planet was within the Mordoxian sector. Mozeek thought quickly to cloak the ship so that they wouldn't be detected by the Mordoxs. When they landed on planet Makoolu (the Watcher Marr is the planet), Mozeek used his power scanner to track down the Makoolu plant. Mozeek found the glowing, blue plant, cut it from its roots and put it in his specimen jar. Mozeek was chased and shot at while trying to escape with the power source.

Instead of having Mozeek land on the dark planet to retrieve the power source, Marvel had Star Lord land on the dark planet to retrieve the orb (infinity stone). Mozeek used a scanner to find the power source and Star Lord did the same thing. After Star Lord retrieved the power source, Star Lord was chased and shot at while trying to escape with the power source.

3. Once Mozeek had escaped the Mordoxs for a while, Dr. Mozeek Injected his strongest warriors sharing the power using an IV. The Makoolu plant / Watcher Marr explains to Joseph in his mind why the warriors died. They weren't powerful beings and didn't have a powerful body structure to take the Makoolu plant/ Watcher Marr's power. When joseph awakens, Joseph explains to Mozeek how he could take the Makoolu plant/ Watcher Marr's power because he is a power being. This is because he is the son of Heimdall, the gatekeeper of Asgard.

When Star Lord had escaped Ronan's henchmen, the collector explained to Star Lord how the infinity stone works. One has to be a powerful being and have a powerful body structure to use the power to their liking. He mentioned beings dying because their body structures could not withstand the power. Some beings were hooked to Ivs to share the power and they died.

Moses Gordon III
The Mighty Marr new plot

My story starts off with a young man named Joseph, living his life as an ordinary human being. He is a P E coach at an elementary school. One day he comes home from work and his mother calls him and she told him that his friend James is at her house. James is a pilot who just came from warring in Iraq. Joseph goes to his mother's home and he and James are overjoyed to see each other again. They knew each other since elementary school. Though James was an orphan, he was always considered family. James and Joseph go to the bar to watch football and catch up on things. The two joke and laugh together when they recall on events that happened in the past. During the game, James asks for a bud light and Joseph asks for a root beer and James couldn't stop laughing. James gives Joseph a lecture about being a man, drinking beer, and not being scared of heights. Joseph brags about riding the hulk ride and James isn't convinced. So when Joseph goes to the rest room, James put a sleeping pill in Joseph's rootbeer and when Joseph came back, the two have a toast to friendship. After Joseph drinks the rootbeer, he is knocked unconscious. James carries Joseph out of the bar and tells bar tender that he had too much to drink. Meanwhile, a world called Durriah, billions of galaxies away beyond the stars, a great scientist named Mozeek has a great plan to protect their world for good. Mozeek has built a spaceship that is able to move light speed through space. Some of the warriors and ones in need volunteered to go with him to find a lost dark planet that Galactus left long ago because the power was too great. Mozeek knew of a special plant that contains limitless power that will give them the advantage over invaders. Mozeek and the loyal men searched for the dark planet. When they found the planet, Mozeek noticed that they were in a dark sector. Mozeek camouflaged the ship to stay hidden from unknown foes. When they landed on the planet, Mozeek used his scanner to find the plant. Mozeek had built in cloaking devises in their suits. Mozeek and the others cloaked themselves to stay hidden from the beasts that were on the planet. Meanwhile, James drives to the airport to put Joseph on his private jet. When Joseph wakes up, James tells Joseph that he will now be made a man. Joseph is terrified and wants to get off, but the jet is already taking off. The jet soars through the skies and James roars at Joseph and Joseph roars with him. James flies higher and higher. But James flies too high and the jet's control system is jammed. James cannot lower the jet. As the jet brakes the atmosphere and entered space, Joseph's asgardian structure that Oden took away from his mother, starts to return as he moves further away from the Earth enabling him to breath. Joseph and James share the air tank to survive. Meanwhile, Mozeek and the others find the glowing blue plant. Mozeek grabs the plant with his special gloves made for harmful elements. The moment he grabs it, the plant slits open and a giant blue humanoid like figure bursts out. "Do not be afraid people of the durriahain world. I am Marr. I am a watcher. I was imprisoned here for something I did not do". The power you seek, I cannot give to you, but there is one that I can ask to receive my power. Meanwhile, James tries to contact someone on the radio but their is no signal. The air tank is almost gone. "Joe I want you to take the last of the air. I'm so sorry I got you into this. "It's my fault". James cries Joseph replies, "It's not your fault James; you didn't know". The very moment Joseph spoke, he passed out. "Joe wake up, wake up man, Joseph!!Nooooooo!!!!" When Joseph wakes up, he is in a strange place. He hears loud repeating boom sounds coming toward him. "Where am I?" Joseph thinks to himself. That very moment a loud voice like thunder said, "you are in your mind". A giant blue, glowing plant like creature appeared and said to Joseph,"I am Marr; I am a watcher. Do not be afraid Joseph. I know you have many questions to ask". The watcher, Marr, tells Joseph that he saved James. He then said that he was imprisoned for centuries on a dark planet because he was accused of something he didn't do. The watcher said that he would be released if one could find him and receive his name and power. He or she would have to have a powerful structure. The watcher tells Joseph that he can take the power because he is an

Asgardian, son of the gatekeeper of Asgard, but Joseph is confused. Joseph asks of his father's identity, but the watcher said that he must find out for himself. The watcher then said he will take him to Asgard. The watcher tells Joseph about Doctor Mozeek and the others who risked their lives to receive the power, but Mozeek and the others do not have the power structure to withstand the power. Joseph asks what will happen to him if he takes the power and will he and his friend get to go home. The watcher replied by saying that he will have extraordinary powers, but he will have to learn them. The watcher asked Joseph to promise to protect the Darrian world because they risked their lives to get his power. Joseph replied, "what about my home, my mom, I got a job, I'd love to help, but I'm not a warrior, I know how to fight and all but I'm a peaceful man. The watcher laughs and says that he will have the power to return. He then shows Joseph a vision of people of different worlds who couldn't be saved. Walking in the vision, seeing innocent people slaughtered Joseph was upset. The watcher saw this and he told Joseph that he has the heart of a hero. Joseph agreed to carry on the watcher's name, Marr, and receive the powers and the watcher smiled and said, "I will see you soon; now wake up"!!!!!!!! Joseph wakes up. He is still on the jet floating in space. James is alive with many questions. Joseph tells James about the watcher and everything he was told. A blue haze surrounded the jet and a giant portal opens. The jet goes through the portal and they are in deep space, no longer in the Milky Way galaxy. The two see themselves going towards a glowing blue planet. As they get closer, the two see the watcher standing tall guiding them in with his power. When they land on the planet, the watcher tells Joseph to step forward. The watcher bends down and touches Joseph on the forehead and Joseph's eyes start to glow. Joseph is now the Mighty Marr. After Joseph receives the watcher's power, the watcher yells with joy telling them thank you and he will be known as Voltaltra, meaning freedom. Voltaltra tells James to go with Mozeek and the others because they are good people. Voltaltra tells him that Joseph must see his father and find out the origin of his past and he will go to Durriah to learn his powers through a teacher named Beta Ray Bill. Voltaltra tell James that he saved him. And because he did so, James has the power to live a lifespan of no ordinary human being. Voltaltra says he can send him home, but James doesn't want to go home. He says that it is his dream to see what's on the other side of the universe and Joseph is the only family he has. James goes with Mozeek to Durriah and Voltaltra takes Joseph/ Marr to Asgard to meet his father.